# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
STAGEN, DAVE R. § Case No. 12-15046
STAGEN, JOSEFINA F. §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/N. Neville Reid, Trustee_____
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-15046 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|
| Case Name: | STAGEN, DAVE R. | | | Date Filed (f) or Converted (c): | 04/13/12 (f) |
| | STAGEN, JOSEFINA F. | | | 341(a) Meeting Date: | 06/19/12 |
| For Period Ending: | 05/05/14 | | | Claims Bar Date: | 07/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE - 227 N. Mobile | 100,000.00 | 0.00 | | 0.00 | FA |
| 2727 North Mobile; Chicago, IL 60639 | | | | | |
| 2. REAL ESTATE - 2331 N. Long | 200,000.00 | 0.00 | | 0.00 | FA |
| 2231 North Long; Chicago, IL 60639 | | | | | |
| Apartment Building - 2 Units | | | | | |
| 3. REAL ESTATE - Timeshare | 1.00 | 0.00 | | 0.00 | FA |
| Timeshare located at Wyndam Florida Palm Springs, FL | | | | | |
| 4. CASH | 100.00 | 0.00 | | 0.00 | FA |
| Cash on Self. | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 5. FINANCIAL ACCOUNTS | 10.00 | 0.00 | | 0.00 | FA |
| Personal Joint Checking at Charter One Bank Ending in #43905 | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 6. HOUSEHOLD GOODS | 400.00 | 0.00 | | 0.00 | FA |
| 4 Beds, Table, Chairs, Kitchen Utensils, Sofa, TV | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 7. WEARING APPAREL | 300.00 | 0.00 | | 0.00 | FA |
| Necessary Wearing Apparel | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 8. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| Primerica Life Insurance with beneficiares are kids. No cash value. | | | | | |
| 9. RETIREMENT PLANS | 42,000.00 | 0.00 | | 0.00 | FA |
| 1) USPS Thrift Savings; Husband; $21,000 | | | | | |
| 2) USPS Thrift Savings; Wife; $21,000 | | | | | |
| Debtor Claimed 100% Exemption on Schedule C | | | | | |
| 10. LIQUIDATED CLAIMS | 8,500.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 12-15046 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|
| Case Name: | STAGEN, DAVE R. | | | Date Filed (f) or Converted (c): | 04/13/12 (f) |
| | STAGEN, JOSEFINA F. | | | 341(a) Meeting Date: | 06/19/12 |
| | | | | Claims Bar Date: | 07/18/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1) Judgment against former tenants (uncollectible); Joint; $6,000 | | | | | |
| 2) 2011 Tax Refund; Joint; $2,500 | | | | | |
| 11. VEHICLES - 2003 BMW X5 | 10,785.00 | 10,450.00 | | 10,450.00 | FA |
| 2003 BMW X5; 56,000 miles; $10,785.00 | | | | | |
| 12. VEHICLE - 2005 Nissan Quest | 6,764.00 | 0.00 | | 0.00 | FA |
| 2005 Nissan Quest; 43,000 miles; $6,764.00 | | | | | |
| 13. VEHICLE - 2000 Nissan Pathfinder | 1,536.00 | 0.00 | | 0.00 | FA |
| 2000 Nissan Pathfinder; 75,000 miles; $1,536.00 | | | | | |

TOTALS (Excluding Unknown Values)  $370,396.00    $10,450.00         $10,450.00

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed March 28, 2014.

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 03/28/14

LFORM1  **UST Form 101-7-TFR (5/1/2011)** *(Page: 4)*                                Ver: 17.05d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 12-15046 -CAD | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|
| Case Name: | STAGEN, DAVE R. | | Bank Name: | ASSOCIATED BANK |
| | STAGEN, JOSEFINA F. | | Account Number / CD #: | *******3737 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5701 | | | |
| For Period Ending: | 05/05/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/03/13 | | American Auction Associates, Inc. 8515 S Thomnas Ave. Bridgeview, IL 60455 312-666-7777 | Sale of Vehicle - 2003 BMW X5 | | 9,000.00 | | 9,000.00 |
| | 11 | AMERICAN AUCTION ASSOCIATES | Memo Amount: 10,450.00 Sale of Vehicle - GROSS | 1129-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES, INC. | Memo Amount: ( 950.00 ) 10% Buyers Premium | 3610-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES | Memo Amount: ( 500.00 ) Auction Expenses re: Sale of BMW | 3620-000 | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.08 | 8,987.92 |
| 07/15/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.00 | 8,974.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.35 | 8,961.57 |
| * 08/19/13 | 300001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 312-666-7777 | Auction of 2003 BMW | 3610-003 | | 500.00 | 8,461.57 |
| * 08/26/13 | 300001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 312-666-7777 | Auction of 2003 BMW American Auctioneer took their proceeds from the net at the time of auction. | 3610-003 | | -500.00 | 8,961.57 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.32 | 8,948.25 |
| 04/07/14 | 300002 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | 3.99 | 8,944.26 |
| | | | Page Subtotals | | 9,000.00 | 55.74 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.05d

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 12-15046 -CAD | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|
| Case Name: | STAGEN, DAVE R. | Bank Name: | ASSOCIATED BANK |
|  | STAGEN, JOSEFINA F. | Account Number / CD #: | *******3737 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5701 |  |  |
| For Period Ending: | 05/05/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | 504-581-6404 |  |  |  |  |  |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 10,450.00 | COLUMN TOTALS | 9,000.00 | 55.74 | 8,944.26 |
| Memo Allocation Disbursements: | 1,450.00 | Less:  Bank Transfers/CD's | 0.00 | 0.00 |  |
|  |  | Subtotal | 9,000.00 | 55.74 |  |
| Memo Allocation Net: | 9,000.00 | Less:  Payments to Debtors |  | 0.00 |  |
|  |  | Net | 9,000.00 | 55.74 |  |
|  |  |  |  | NET | ACCOUNT |
| Total Allocation Receipts: | 10,450.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 1,450.00 | Checking Account (Non-Interest Earn - ********3737) | 9,000.00 | 55.74 | 8,944.26 |
|  |  |  | ---------------------- | ---------------------- | ---------------------- |
| Total Memo Allocation Net: | 9,000.00 |  | 9,000.00 | 55.74 | 8,944.26 |
|  |  |  | ============ | ============ | ============ |
|  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: ____/s/_____N. Neville Reid, Trustee_____ Date: 05/05/14
N. NEVILLE REID, TRUSTEE

Page Subtotals      0.00      0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: May 05, 2014 |
|---|---|---|---|---|---|---|

Case Number:  12-15046  
Debtor Name:  STAGEN, DAVE R.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Fox, Swibel, Levin & Carroll, LLP<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606 | Administrative | | $5,046.20 | $0.00 | $5,046.20 |
| 001<br>3610-00 | American Auction Associates, Inc. | Administrative | | $950.00 | $950.00 | $0.00 |
| 001<br>2100-00 | N. Neville Reid | Administrative | | $1,795.00 | $0.00 | $1,795.00 |
| 999<br>2300-00 | International Sureties, Ltd. | Administrative | | $3.99 | $3.99 | $0.00 |
| 001<br>3620-00 | AMERICAN AUCTION ASSOCIATES | Administrative | | $500.00 | $500.00 | $0.00 |
| 000001<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $5,895.46 | $0.00 | $5,895.46 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $20,607.47 | $0.00 | $20,607.47 |
| 000004<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Unsecured | | $1,440.35 | $0.00 | $1,440.35 |
| 000005<br>070<br>7100-00 | Capital Recovery V, LLC<br>c/o Recovery Management Systems<br>Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Unsecured | | $4,170.58 | $0.00 | $4,170.58 |
| 000002<br>050<br>4110-00 | Palms Country Club &<br>Resort Condominium Association, Inc<br>Bankruptcy Department<br>7345 Greenbriar Parkway<br>Orlando, FL 32819 | Secured | | $1,152.02 | $0.00 | $1,152.02 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: May 05, 2014 |

Case Number:   12-15046   Claim Class Sequence
Debtor Name:   STAGEN, DAVE R.

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $41,561.07 | $1,453.99 | $40,107.08 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15046
Case Name: STAGEN, DAVE R.
        STAGEN, JOSEFINA F.
Trustee Name: N. Neville Reid, Trustee

Balance on hand                                             $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000002 | Palms Country Club & | $ | $ | $ | $ |

Total to be paid to secured creditors                       $_____

Remaining Balance                                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid, Trustee | $ | $ | $ |
| Attorney for Trustee Fees: Fox, Swibel, Levin & Carroll, LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Fox, Swibel, Levin & Carroll, LLP | $ | $ | $ |
| Auctioneer Expenses: AMERICAN AUCTION ASSOCIATES | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |
| Other: American Auction Associates, Inc. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000005 | Capital Recovery V, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE