# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-15046 |
| Dave R. Stagen and | **)** | |
| Josefina F. Stagen, | **)** | Hon. Carol A. Doyle |
| | **)** | |
| Debtors. | **)** | **Date: June 5, 2014** |
| | **)** | **Time:  10:30 a.m.** |

## CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on May 7, 2014, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 48]; **Trustee's Final Application for Compensation** [Dkt. 47]; and the **First and Final Application of Fox, Swibel, Levin & Carroll, LLP, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 46], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

/s/ N. Neville Reid
N. Neville Reid

1

## SERVICE LIST

**PARTIES TO RECEIVE NOTICE THROUGH THE COURT'S CM/ECF SYSTEM:**

Monette W. Cope on behalf of Creditor U.S. Bank, N.A.
ecfnil@weltman.com

Matteo A. Crawford on behalf of Creditor TCF National Bank
mcrawford@davidtcohenlaw.com

David C. Nelson on behalf of Debtors Dave R. Stagen and Josefina F. Stagen
dcnelson@nelsonlawoffice.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

**PARTIES TO RECEIVE NOTICE BY POSTAGE PREPAID FIRST-CLASS U.S. MAIL:**

| | | |
|---|---|---|
| BANK OF AMERICA<br>P.O. BOX 982238<br>EL PASO, TX 79998-2238 | CAPITAL ONE, N.A.<br>C/O CREDITORS BANKRUPTCY SERVICE<br>P.O. BOX 740933<br>DALLAS, TX 75374-0933 | CHASE<br>P.O. BOX 24696<br>COLUMBUS, OH 43224-0696 |
| CITI<br>P.O. BOX 6241<br>SIOUX FALLS, SD 57117-6241 | CITY OF CHICAGO<br>121 NORTH LASALLE<br>ROOM 1006<br>CHICAGO, IL 60602-1265 | DISCOVER FIN SVCS LLC<br>P.O. BOX 15316<br>WILMINGTON, DE 19850-5316 |
| FREEDMAN, ANSELMO,<br>LINDBERG, RAPPE,<br>1807 W DIEHL RD, STE. 333<br>P.O. BOX 3107<br>NAPERVILLE, IL 60566-7107 | FNB OMAHA<br>P.O. BOX 3412<br>OMAHA, NE 68103-0412 | TCF NATIONAL BANK<br>800 BURR RIDGE PARKWAY<br>BURR RIDGE, IL 60527-6486 |
| ASSOCIATED RECOVERY SYSTEMS<br>P.O. BOX 469046<br>ESCONDIDO, CA 92046-9046 | BANK OF AMERICA, N.A.<br>4161 PIEDMONT PKWY<br>GREENSBORO, NC 27410-8119 | CHASE 3RD PARTY HANDLING<br>P.O. BOX 15145<br>WILMINGTON, DE 19850-5145 |
| CHASE CREDIT CARD<br>CORRESPONDENCE: BANKRUPTCY<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 | CITIBANK, N.A<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57104-0432 | CITY OF CHICAGO -THE DEPT<br>OF WATER MANAGEMENT<br>P.O. BOX 6330<br>CHICAGO, IL 60680-6330 |

FIRST USA BANK N A
3565 PIEDMONT RD NE
ATLANTA, GA 30305-8202

FREDERICK J. HANNA & ASSOCIATES
1427 ROSWELL ROAD
MARIETTA, GA 30062-3668

GE MONEY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 103104
ROSWELL, GA 30076-9104

U.S. BANK, N.A. WW&R
180 N. LASALLE ST., #2400
CHICAGO, IL 60601-2704

BANK OF AMERICA
P.O. BOX 1598
NORFOLK, VA 23501-1598

CAPITAL ONE
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CHASE
P.O. BOX 15298
WILMINGTON, DE 19850-5298

CITI
P.O. BOX 6077
SIOUX FALLS, SD 57117-6077

CITIBANK SOUTH DAKOTA NA
4740 121ST STREET
URBANDALE, IA 50323-2402

COM ED
2100 SWIFT DRIVE ATTN: BANKRUPTCY
SECTION/REVENUE M
OAK BROOK, IL 60523-1559

FIRST USA, NA
P.O. BOX 15298
WILMINGTON, DE 19850-5298

FREEDMAN, ANSELMO,
LINDBERG & RAPPE
P.O. BOX 3228
NAPERVILLE, IL 60566-3228

GECRB/TJX COS DC
P.O. BOX 1400
EL PASO, TX 79948-1400

HENRY FOJAS
5120 MAIN STREET SUITE 106
DOWNERS GROVE, IL 60515-4673

HSBC/CARSN
P.O. BOX 15521
WILMINGTON, DE 19850-5521

LINDA CAREY
2231 NORTH LONG UNIT 31
CHICAGO, IL 60639-2915

NISSAN MOTOR ACCEPTANCE
P.O. BOX 660360
DALLAS, TX 75266-0360

PROTOCOL RECOVERY SERVICE
P.O. BOX 333
PANAMA CITY, FL 32402-0333

STARR AND ROWELLS
35 EAST WACKER DRIVE #1870
CHICAGO, IL 60601-2202

THD/CBNA
P.O. BOX 6497
SIOUX FALLS, SD 57117-6497

WELTMAN, WEINBERG &
REIS CO, LPA
180 NORTH LASALLE STREET
SUITE 2400
CHICAGO, IL 60601-2704

JOSEFINA F. STAGEN
2727 N. MOBILE
CHICAGO, IL 60639-1021

HSBC BANK
P.O. BOX 5253
CAROL STREAM, IL 60197-5253

ILLINOIS DEPT. OF REVENUE
BANKRUPTCY SECTION
P.O. BOX 64338
CHICAGO, IL 60664-0338

MCM
DEPT 12421
P.O. BOX 603
OAKS, PA 19456-0603

PALMS CONDO ASSN
BANKRUPTCY DEPARTMENT
7345 GREENBRIAR PARKWAY
ORLANDO, FL 32819-8935

SEARS/CBNA
P.O. BOX 6189
SIOUX FALLS, SD 57117-6189

| | | |
|---|---|---|
| TCF BANKING & SAVINGS<br>801 MARQUETTE AVE<br>MINNEAPOLIS, MN 55402-3475 | U.S. BANK HOME MORTGAGE<br>4801 FREDERICA ST<br>OWENSBORO, KY 42301-7441 | DAVE R. STAGEN<br>2727 N. MOBILE<br>CHICAGO, IL 60639-1021 |
| HSBC BANK<br>ATTN: BANKRUPTCY DEPT.<br>P.O. BOX 5213<br>CAROL STREAM IL 60197-5213 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7317<br>PHILADELPHIA, PA 19101-7317 | MIDLAND FUNDING<br>8875 AERO DR STE 200<br>SAN DIEGO, CA 92123-2255 |
| PYOD, LLC ITS SUCCESSORS AND<br>ASSIGNS AS ASSIGNEE OF CITIBANK N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | FIA CARD SERVICES, N.A.<br>4161 PIEDMONT PARKWAY<br>NC4 105 03 14<br>GREENSBORO, NC 27410 |
| PEOPLESENE<br>130 E. RANDOLPH DRIVE<br>CHICAGO, IL 60601-6302 | SEARS/CBNA<br>P.O. BOX 6282<br>SIOUX FALLS, SD 57117-6282 | TEMPUS RSRTS/TEMPUS PA<br>5422 CARRIER DR STE 100<br>ORLANDO, FL 32819-8323 |
| CAPITAL RECOVERY V, LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS<br>CORP.<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | US BANK<br>P.O. BOX 5229<br>CINCINNATI OH 45201-5229 | DAVID C. NELSON<br>NLO NELSON LAW OFFICE<br>53 WEST JACKSON BOULEVARD<br>SUITE 430<br>CHICAGO, IL 60604-4294 |
| PATRICK S LAYNG<br>OFFICE OF THE U.S.<br>TRUSTEE, REGION 11<br>219 S DEARBORN ST ROOM 873<br>CHICAGO, IL 60604-2027 | | |