**Trustee Narrative on Trustee Final Report In re Stagen Case No. 12-15046**

The TFR shows the secured creditor Palms Country Club (Palms) receiving no distribution because the proof of claim filed by Palms shows that Palms is oversecured.   In its Proof of Claim, (i) Palms lists a claim of  $1152 and ascribes a value to  its collateral (a time share interest of the debtor) as $9,000.

As an accommodation to the creditors of the estate, the Trustee's law firm discounted its accrued legal fees in the case from $6,149 to $5,000.