UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
DAVE R. STAGEN                            §        Case No. 1:12-15046-CAD
JOSEFINA F. STAGEN                        §
                                          §
                                          §
            Debtor(s)                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                   .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid, Trustee_____
                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Tcf Banking & Savings 801 Marquette Ave Minneapolis, MN 55402 |  |  |  |  |  |
|  | Tcf Banking & Savings 801 Marquette Ave Minneapolis, MN 55402 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Us Bank 4801 Frederica St Owensboro, KY 42301 | | | | | |
| 2 | PALMS COUNTRY CLUB & | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| FOX SWIBEL LEVIN & CARROLL LLP | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago 121 North LaSalle Room 1006 Chicago, IL 60602 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664 | | | | | |
| | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 19101-7317 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Recovery Systems P.O. Box 469046 Escondido, CA 92046-9046 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 982238 El Paso, TX 79998 | | | | | |
| | Bank Of America, N.A. 4161 Piedmont Pkwy Greensboro, NC 27410 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Chase Po Box 24696 Columbus, OH 43224 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | City of Chicago The Department of Water Management P.O. Box 6330 Chicago, IL 60680-6330 | | | | | |
| | Com Ed 2100 Swift Drive Attn: Bankruptcy Section/Revenue M Oak Brook, IL 60523 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Usa Bank N A 3565 Piedmont Rd Ne Atlanta, GA 30305 | | | | | |
| | First Usa,Na Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Fnb Omaha Po Box 3412 Omaha, NE 68103 | | | | | |
| | Frederick J. Hanna & Associates, PC 1427 Roswell Road Marietta, GA 30062 | | | | | |
| | Freedman, Anselmo, Lindberg & Rappe P.O. Box 3228 Naperville, IL 60566-7228 | | | | | |
| | Gecrb/Tjx Cos Dc Po Box 1400 El Paso, TX 79948 | | | | | |
| | Henry Fojas 5120 Main Street Suite 106 Downers Grove, IL 60515 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Bsbuy Po Box 15519 Wilmington, DE 19850 | | | | | |
| | Hsbc/Carsn Po Box 15521 Wilmington, DE 19805 | | | | | |
| | MCM Dept 12421 PO Box 603 Oaks, PA 19456 | | | | | |
| | MCM Dept 12421 PO Box 603 Oaks, PA 19456 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Midland Funding 8875 Aero Dr Ste 200 San Diego, CA 92123 | | | | | |
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | | | | |
| | Nissan Motor Acceptanc Po Box 660360 Dallas, TX 75266 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Protocol Recovery Service PO Box 333 Panama City, FL 32402-0333 | | | | | |
| | Protocol Recovery Service PO Box 333 Panama City, FL 32402-0333 | | | | | |
| | Sears/Cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| | Sears/Cbna Po Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Starr and Rowells 35 East Wacker Drive #1870 Chicago, IL 60601 | | | | | |
| | Tempus Rsrts/Tempus Pa 5422 Carrier Dr Ste 100 Orlando, FL 32819 | | | | | |
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Thd/Cbna Po Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Weltman, Weinberg & Reis Co, LPA 180 North LaSalle Street Suite 2400 Chicago, IL 60601 | | | | | |
| 3 | CAPITAL ONE BANK (USA) N. A. | | | | | |
| 5 | CAPITAL RECOVERY V, LLC | | | | | |
| 4 | FIA CARD SERVICES N. A. | | | | | |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-15046 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|

| Case Name: | DAVE R. STAGEN | | | | Date Filed (f) or Converted (c): | 04/13/2012 (f) |
| | JOSEFINA F. STAGEN | | | | 341(a) Meeting Date: | 06/19/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 07/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  REAL ESTATE - 227 N. Mobile<br><br>2727 North Mobile; Chicago, IL 60639 | 100,000.00 | 0.00 | | 0.00 | FA |
| 2.  REAL ESTATE - 2331 N. Long<br><br>2231 North Long; Chicago, IL 60639<br>Apartment Building - 2 Units | 200,000.00 | 0.00 | | 0.00 | FA |
| 3.  REAL ESTATE - Timeshare<br><br>Timeshare located at Wyndam Florida Palm Springs, FL | 1.00 | 0.00 | | 0.00 | FA |
| 4.  CASH<br><br>Cash on Self. | 100.00 | 0.00 | | 0.00 | FA |
| 5.  FINANCIAL ACCOUNTS<br><br>Personal Joint Checking at Charter One Bank Ending in #43905 | 10.00 | 0.00 | | 0.00 | FA |
| 6.  HOUSEHOLD GOODS<br><br>4 Beds, Table, Chairs, Kitchen Utensils, Sofa, TV | 400.00 | 0.00 | | 0.00 | FA |
| 7.  WEARING APPAREL<br><br>Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 8.  INSURANCE POLICIES<br><br>Primerica Life Insurance with beneficiares are kids. No cash value. | 0.00 | 0.00 | | 0.00 | FA |
| 9.  RETIREMENT PLANS<br><br>1) USPS Thrift Savings; Husband; $21,000<br><br>2) USPS Thrift Savings; Wife; $21,000 | 42,000.00 | 0.00 | | 0.00 | FA |
| 10.  LIQUIDATED CLAIMS<br><br>1) Judgment against former tenants (uncollectible); Joint; $6,000<br><br>2) 2011 Tax Refund; Joint; $2,500 | 8,500.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-15046 | CAD | Judge: | Carol A. Doyle | | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | DAVE R. STAGEN | | | | | Date Filed (f) or Converted (c): | 04/13/2012 (f) |
| | JOSEFINA F. STAGEN | | | | | 341(a) Meeting Date: | 06/19/2012 |
| For Period Ending: | 11/18/2014 | | | | | Claims Bar Date: | 07/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 11.  VEHICLES - 2003 BMW X5<br><br>2003 BMW X5; 56,000 miles; $10,785.00 | 10,785.00 | 10,450.00 | | 10,450.00 | FA |
| 12.  VEHICLE - 2005 Nissan Quest<br><br>2005 Nissan Quest; 43,000 miles; $6,764.00 | 6,764.00 | 0.00 | | 0.00 | FA |
| 13.  VEHICLE - 2000 Nissan Pathfinder<br><br>2000 Nissan Pathfinder; 75,000 miles; $1,536.00 | 1,536.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)              $370,396.00        $10,450.00              $10,450.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed March 28, 2014.

Initial Projected Date of Final Report (TFR): 12/31/2014          Current Projected Date of Final Report (TFR): 03/28/2014

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-15046
Case Name: DAVE R. STAGEN
JOSEFINA F. STAGEN

Trustee Name: N. Neville Reid, Trustee
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3737
Checking Account (Non-Interest Earn

Taxpayer ID No: XX-XXX5701
For Period Ending: 11/18/2014

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/03/13 | | AMERICAN AUCTION ASSOCIATES, INC. 8515 S Thomnas Ave.Bridgeview, IL 60455312-666-7777 | Sale of Vehicle - 2003 BMW X5 | | $9,000.00 | | $9,000.00 |
| | | | Gross Receipts $10,450.00 | | | | |
| | | AMERICAN AUCTION ASSOCIATES, INC. American Auction Associates, Inc. | 10% Buyers Premium ($950.00) | 3610-000 | | | |
| | | AMERICAN AUCTION ASSOCIATES AMERICAN AUCTION ASSOCIATES | Auction Expenses re: Sale of ($500.00) BMW | 3620-000 | | | |
| | 11 | | VEHICLES - 2003 BMW X5 $10,450.00 | 1129-000 | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $12.08 | $8,987.92 |
| 07/15/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.00 | $8,974.92 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.35 | $8,961.57 |
| 08/19/13 | 300001 | AMERICAN AUCTION ASSOCIATES, INC. 8515 South Thomas AvenueBridgeview, IL 60455312-666-7777 | Auction of 2003 BMW American Auctioneer took their proceeds from the net at the time of auction. | 3610-000 | | $500.00 | $8,461.57 |
| 08/26/13 | 300001 | Reverses Check # 300001 | Auction of 2003 BMW American Auctioneer took their proceeds from the net at the time of auction. | 3610-000 | | ($500.00) | $8,961.57 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.32 | $8,948.25 |
| 04/07/14 | 300002 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139504-581-6404 | Blanket Bond Disbursement Blanket Bond Amount $71,065,000.00 Liberty Mutual Insurance Company Bond # 016016455 Term: 02/01/14 to 02/01/15 | 2300-000 | | $3.99 | $8,944.26 |

Page Subtotals: $9,000.00   $55.74

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-15046 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: DAVE R. STAGEN | Bank Name: Associated Bank |
| JOSEFINA F. STAGEN | Account Number/CD#: XXXXXX3737 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX5701 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/18/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/06/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTE<br>for the Estate of David R. Stagen<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | Fee Application Compensation per Dkt. 52 Order dated June 5, 2014 | 2100-000 | | $1,795.00 | $7,149.26 |
| 06/06/14 | 300004 | Fox Swibel Levin & Carroll LLP<br>200 West Madison Street<br>Suite 3000<br>Chicago, IL  60606 | Fee Application Compensation per Dkt. 53 Order dated June 5, 2014<br>Fees:  $5,000.00<br>Expenses:  $46.20 | 3110-000 | | $5,046.20 | $2,103.06 |
| 06/10/14 | 300005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN<br>of Citibank (South Dakota), N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC  29602 | Final distribution to claim 1 representing a payment of 6.55 % per court order. | 7100-000 | | $386.08 | $1,716.98 |
| 06/10/14 | 300006 | CAPITAL ONE BANK (USA) N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 6.55 % per court order. | 7100-000 | | $1,349.53 | $367.45 |
| 06/10/14 | 300007 | FIA CARD SERVICES N. A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC  27410 | Final distribution to claim 4 representing a payment of 6.55 % per court order. | 7100-000 | | $94.33 | $273.12 |
| 06/10/14 | 300008 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 5 representing a payment of 6.55 % per court order. | 7100-000 | | $273.12 | $0.00 |
| 10/16/14 | 300006 | CAPITAL ONE BANK (USA) N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 6.55 % per court order. Reversal<br>Check issued on 6-10-14,  it is Stale over 90 days old.  Need to reissue.  (10-16-14) | 7100-000 | | ($1,349.53) | $1,349.53 |
| 10/16/14 | 300009 | Capital ONe Bank (USA) N.A.<br>by American InfoSource LP, an Agent<br>P.O. Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 6.55 % per court order. | 7100-000 | | $1,349.53 | $0.00 |

| | | | | Page Subtotals: | | $0.00 | $8,944.26 |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Exhibit 9

| | | |
|---|---|---|
| COLUMN TOTALS | $9,000.00 | $9,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,000.00 | $9,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,000.00 | $9,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3737 - Checking Account (Non-Interest Earn | $9,000.00 | $9,000.00 | $0.00 |
|  | $9,000.00 | $9,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $1,450.00 |
| Total Net Deposits: | $9,000.00 |
| Total Gross Receipts: | $10,450.00 |

Page Subtotals:                              $0.00          $0.00